United States District Court
Southern District of Florida

UNITED STATES OF AMERICA,

v.                                                                                  Case No. 1:19-cr-20550-BB

ALLAN SHERIDAN GOPIE,
        Defendant.
_____/

# SIXTH UNOPPOSED MOTION TO MODIFY CONDITIONS OF RELEASE TO PERMIT TRAVEL

COMES NOW the defendant, ALLAN SHERIDAN GOPIE, by and through the undersigned attorney, and tenders the following to this Court:

1. Pursuant to the Defendant's Special Conditions of Bond [Docket 8], the as modified by the Court on December 9, 2019 [Docket 39], the Defendant's travel is limited to the Southern District of Florida

2. The Defendant's father, who resides in New York, has recently had successful heart surgery and is recovering.

3. The Defendant is employed as a DJ of an internet radio show, We Ting Radio, which focuses on Caribbean music and cultural and as such Mr. Gopie makes appearances pursuant to that role at certain events, some of which are outside of the Southern District.

4. The Court has previously permitted Mr. Gopie specific travel for purposes of visiting his father, family events, and to be employed at events.

5.  Mr. Gopie is seeking permission for specified travel which includes the following travel outside the Southern District of Florida:

> a. January 9 - 14, 2020 travel to New York and reside at 13339 Hookcreek Blvd, Valley Stream, NY 11580 to visit his father and attend to follow up physician's visits with his father.
> b. January 17 - 19, 2020 travel to Tampa, FL and reside at 11311 Village Brook Dr, Riverview, FL for a family event.
> c. January 24 – 26, 2020 travel to Kissimmee, Florida and reside at 313 Anchovie Ct, Kissimmee for a DJ event at Island Mix Restaurant & Lounge - 3330 S Orange Blossom Trail, Kissimmee, FL.
> d January 28 – 30 travel to New York and reside at 13339 Hookcreek Blvd, Valley Stream, NY 11580 for physician visits for his father.
> e. January 31 - February 2, 2020 travel to Orlando, Florida and reside at 1942 Cascades Cove Dr., Orlando Florida 32820 for a family event.
> e. February 7 – 10, 2020 travel to New York to reside at 13339 Hookcreek Blvd, Valley Stream, NY 11580 to visit his father and for a DJ event.

7.  Mr. Gopie has previously consulted with his Pre-Trial Services officer, Mr. Hackett, regarding the proposed travel and Mr. Hackett has previously indicated that he has no objection to any such requests if otherwise approved by the United States and the Court. Mr. Gopie would be in communication with his PTS officer at his request and to follow any other instructions by Mr. Hackett.

8.  The undersigned has consulted with the United States, by and through AUSA Yara Klukas, who does not oppose this motion.

Wherefore, the Defendant respectfully requests that his conditions of release be modified to include to allow travel outside of his curfew as set forth in paragraph 5.

> Respectfully Submitted,
> LUBELL ROSEN
> 200 South Andrews Ave
> Suite 900
> Fort Lauderdale, Fl 33301
> 954-755-3425
> BMC@lubellrosen.com
>
> By: /s/ Bernard M. Cassidy
> Bernard M. Cassidy, Esq.
> Florida Bar #: 0099351

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was furnished via electronic filing to Yara Kulkis, AUSA, and Richard Cooper, Esq. on this 8th day of January, 2020.

> By: /S/ Bernard M. Cassidy
> Bernard M. Cassidy, Esq.
> Florida Bar #: 0099351