June 14, 2020

FILED BY __PG__ D.C.
JUN 18 2020
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

Judge Bloom
Wilkie D. Ferguson United States Courtroom
400 North Miami Ave - Floor 10
Miami, FL 33128

RE: ALLAN SHERIDAN GOPIE
    Docket # 19-20550-CR-BLOOM-00

Good day your honor. I do ~~hope~~ hope the current pandemic did not hit close to home for you and your family. You had sentence me on February 21, 2020 - 1 month prior to when the world started truly feeling the effects of the COVID-19 pandemic. My time in this institution has truly taught me the errors of my ways but more importantly I have been unable to assist my family in any way. It is a hopeless feeling to know that an individual has no options to assist. If you refer to my case file, my folks live in New York, a COVID-19 Hot Spot, & my mother is high risk to contract ~~to~~ due to her asthma and partial lungs. I had applied for compassionate ~~rates~~ release due to the fact that my parents doctor wrote a letter that they require my help. After 7 weeks from my original request to the warden, and a complete circle of run around, the warden replied to me with the standard denial that every inmate who requested release. It is hard to believe that a floor/unit in this Federal Prison who have ~~recent~~ many people who could qualify under the CARES ACT, not even 5% has been released. Our floor has maybe 50% who work on various assignments, including myself but can't be released. After being designated to FDC Miami, I quickly applied for a volunteer position - Suicide Companion which I have done for over 3 months and recently obtained another position that has granted me a gate pass to be allowed outside. You your honor had allowed me to provide care for my dad for his quadruple ~~byp~~ bypass and travel outside the Southern District. It was referenced in my denial that I have other siblings as well as 1 living in Queens, NY - but no one asked my input

June 14, 2020                                                                 PS 2

prior to making a finalization. No one asked because they would have learned my brother is hardly around when his assistance is needed. After I left my father after his bypass - he never helped once to assist him for showers or take to medical appointments. I did all that. When my parents travel, they use a taxi to get home from the airport but once again no one asked me. The reason I got a response because after I was given a verbal denial by a unit manager - my case is in Florida - probation would never allow me to go to New York. I requested copies of my documentation package for legal counsel - the next day my request was escalated but to this date - no copies of my request package. After over 75 days of lock down, allowed showers 3 days a week 21 minutes a week to connect to love ones and we still have 48 hour lock downs on weekends. I was also told because I am "low custody" I do not qualify for home confinement. How is it a custody lower then minimum does not qualify? As it is documented your honor, I accepted responsibilities for my actions. I have done more positive in this lifetime but the punishment that it endured outweighs the actions. I would like the opportunity to be with my wife, my parents, my daughter sooner than later, if possible your honor. To start to rebuild and never error again mam. Even though my halfway house date is September 1st, I wanted to at least write you this request.

Thank you for taking the time to read this. Please excuse my grammer and spelling. All the best to you and your loved ones.

Regards,

*[signature]*

Inmate # 20581-104



**U.S. Department of Justice**

Federal Bureau of Prisons

*Federal Detention Center*

33 NE 4th St.
Miami, FL 33132

June 9, 2020

LETTER OF APPRECIATION

THRU: J. Luis, Chief Psychologist

FROM: F. Miranda, Staff Psychologist

SUBJECT: Suicide Watch Cadre
Allan Gopie Reg. No. 20581-104

Federal Detention Center Miami and the Psychology Department would like to recognize Mr. Allan Gopie for his dedication to the Suicide Watch Cadre since March 19, 2020. He was trained and entrusted as a suicide watch companion. He completed a four-hour suicide prevention training and completed refresher training on suicide prevention monthly. He was called to carry out his duties on numerous occasions since he was hired and has carried out his detail without fail and with true conscientiousness. Mr. Gopie demonstrated a strong work ethic and always worked with a professional and positive attitude.

Mr. Gopie completed all duties in a timely manner and without dismay. His work ethic and positive attitude helped the Psychology department tremendously and for this we appreciate his dedication to the Suicide Watch Companion Program.



# CERTIFICATE of TRAINING

THIS ACKNOWLEDGES THAT

**Allan Gopie**

HAS SUCCESSFULLY COMPLETED SUICIDE WATCH COMPANION TRAINING AND PARTICIPATED IN THE SUICIDE WATCH COMPANION PROGRAM

MARCH 19TH, 2020

J. Luis, Psy.D., Suicide Prevention Coordinator

# Rockville Centre Cardiovascular Associates

*St. Francis Cardiovascular Physicians, P.C.*

**Ryan Medical Arts Building**
**2000 North Village Avenue, Suite 102, Rockville Centre, New York 11570**
Tel: (516) 678-4447 • Fax: (516) 678-2468

**Qamar Zaman, M.D., F.A.C.C., R.V.T.**

April 27, 2020

To Whom It May Concern,

This letter is to certify that Christopher and Joyce Gopie are currently under my care.

On 12/19/2019, Mr. Gopie had major heart surgery. Mrs. Gopie is under my care for COPD.

They require help from their son, Allan Gopie to take him to for medical care, pharmacies, and grocery stores. Mrs. Gopie is under my care for COPD.

Thank You,

Qamar Zaman, MD

Affiliated with St. Francis Hospital, The Heart Center
Catholic Health Services
At the heart of health



MIAMI FL 331

15 JUN 2020 AM 6 L

ALLAN GOPIE
#20581-104
FDC Miami
P.O. Box 019120
Miami, FL 33101

Judge Bloom
United States Courtroom
400 North Miami Ave
10th Floor
Miami, FL 33128

33128-180726

USMS
INSPECTED  RECEIVED

JUN 18 2020
12:00 PM